**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6065**

JAMES EDWARD HARRIS,

Plaintiff - Appellant,

versus

CITY OF RALEIGH; RALEIGH CHIEF OF POLICE;
OFFICER MADDOCK; OFFICER DUFAULT; OFFICER J.W.
BISHOP; OFFICER S. M. HOOLAN; OFFICER D. B.
KILGORE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Dever, III,
District Judge.  (5:06-cv-00496-D)

Submitted:  July 25, 2007          Decided:  August 2, 2007

Before WILKINSON and SHEDD, Circuit Judges, and WILKINS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

James Edward Harris, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Edward Harris appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000) and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.  See Harris v. City of Raleigh, No. 5:06-cv-00496-D (E.D.N.C. Dec. 4, 2006; Jan. 3, 2007).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED